UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ISRAEL C. NDORO,

    Defendant.

Case No. 17-cv-02233-DMR

**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT DECEMBER 6, 2017 CASE MANAGEMENT CONFERENCE; ORDER REGARDING ADR CONFERENCE AND PERSONAL APPEARANCE AT JANUARY 31, 2018 CASE MANAGEMENT CONFERENCE**

A case management conference was held on December 6, 2017 at 1:30 p.m. in the above-entitled case. Defendant Israel C. Ndoro did not appear. Therefore, IT IS HEREBY ORDERED that by December 20, 2017, Mr. Ndoro must respond in writing explaining why he failed to appear at the December 6, 2017 case management conference. The court also orders Mr. Ndoro to participate in an ADR phone conference which will be scheduled shortly by the ADR department. The court further orders Mr. Ndoro to appear in person at the next Case Management Conference which is on January 31, 2018 at 1:30 p.m.

Any failure to follow these court orders may result in the court striking Mr. Ndoro's Answer and entering a default judgment against him.

The court refers Mr. Ndoro to the section "Representing Yourself" on the Court's website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties. In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. In Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED.**

Dated: December 8, 2017




Donna M. Ryu
United States Magistrate Judge