# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISRAEL C. NDORO,<br><br>    Defendant. | Case No. 17-cv-02233-DMR<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT'S ANSWER SHOULD NOT BE STRIKEN AND DEFAULT JUDGMENT SHOULD NOT BE ENTERED AGAINST HIM** |

The court held the initial case management conference on December 6, 2017. [Docket No. 19]. Defendant Israel C. Ndoro did not appear. *Id*. On the same day, the court issued an order to show cause against Mr. Ndoro for his failure to appear. [Docket No. 18]. In the order to show cause, the court ordered Mr. Ndoro to appear in person at the next case management conference on January 31, 2018 at 1:30 p.m. *Id*. The court warned Mr. Ndoro that "[a]ny failure to follow these court orders may result in the court striking [his] Answer and entering a default judgment against him." *Id*.

Today the court held a further case management conference. Mr. Ndoro again did not appear despite being ordered to do so.

Therefore, IT IS HEREBY ORDERED that by **February 12, 2018**, Mr. Ndoro must respond in writing explaining why his Answer should not be stricken and default judgment should not be entered against him. Any failure to follow this court order will result in the court striking Mr. Ndoro's Answer and entering default judgment against him.

The court again refers Mr. Ndoro to the section "Representing Yourself" on the Court's website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties. In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. In

Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED.**

Dated: January 31, 2018



Donna Ryu
United States Magistrate Judge